**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7986**

RODNEY MCDONALD WILLIAMS, JR.,

        Petitioner - Appellant,

    v.

DEPARTMENT OF CORRECTIONS,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:14-hc-02200-BO)

Submitted:  March 29, 2016        Decided:  April 1, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Rodney McDonald Williams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney McDonald Williams, Jr., appeals the district court's order and judgment dismissing his action with prejudice. We dismiss the appeal as duplicative because we dismissed as frivolous his prior appeal from the same order and judgment. See Williams v. Dep't of Corr., 622 F. App'x 310 (4th Cir. Nov. 23, 2015) (No. 15-7034). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED